IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOSEPH CLIG,

      Plaintiff,

v.

D. WETTLANFER, DOCTOR KELLY,
DOCTOR LELAND BEAMER, and
JOHN and JANE DOES,

      Defendants.

2:15-CV-00514-JE

ORDER

BROWN, Judge.

Magistrate Judge John Jelderks issued Findings and Recommendation (#79) on March 20, 2017, in which he recommends this Court grant Defendants' Motion (#65) for Summary Judgment. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. See *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009). See also *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#79). Accordingly, the Court **GRANTS** Defendants' Motion (#65) for Summary Judgment.

IT IS SO ORDERED.

DATED this 17th day of April, 2017.

_____
ANNA J. BROWN
United States District Judge